IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. W. STRUFFERT, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 12-4698 JSW (PR) <br><br> **ORDER DENYING MOTION** <br> **FOR DEFAULT JUDGMENT** <br><br><br><br> (Docket No. 24) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983 against officials at Pelican Bay State Prison. His motion for default judgment (docket 14) is DENIED. There is no proof that Defendants have been served.

IT IS SO ORDERED.

DATED: February 8, 2013

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | FOR THE | |
| | NORTHERN DISTRICT OF CALIFORNIA | |

WAYNE J ROBERTSON,

        Plaintiff,

  v.

W STRUFFERT et al,

        Defendant.

                              Case Number: CV12-04698 JSW

                              **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne J. Robertson #C-24851
S.V.S.P.
P.O. Box 1050
Soledad, CA 93960

Dated: February 8, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk