```
                                                    F I L E D
                                                     JUN 1 4 2013
                                                  RICHARD W. WIEKING
                                               CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. W. STRUFFERT, et al.,<br><br>    Defendants. | No. C 12-4698 JSW (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO SERVE PLAINTIFF AND TO FILE ANSWER; EXTENDING TIME; DENYING APPOINTMENT OF COUNSEL**<br><br>(Docket No. 29) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983 against officials at Pelican Bay State Prison. Plaintiff is located at Salinas Valley State Prison. Defendants Struffert and Cruse filed a motion for summary judgment and supporting exhibits. Plaintiff has not filed an opposition, but he has written to the Court indicating that he has not received a dispositive motion from Defendants. The proof of service attached to Defendants' summary judgment shows that they served plaintiff at Salinas Valley State Prison in Crescent City, California. Salinas Valley State Prison is located in Soledad, California. Accordingly, it is hereby ordered as follows:

1. Within **7 days** of the date this order is filed, Defendants **shall** serve plaintiff the motion for summary judgment and exhibits at his address on the docket.

2. Within **14 days** of the date this order is filed, Defendants **shall** file an answer.

//

3. If plaintiff wishes to file an opposition, he shall do so on or before **July 29, 2013**. Defendants **shall** file a reply brief on or before **August 12, 2013.**

4. Plaintiff's motion for appointment of counsel (dkt. 29) is DENIED because he has shown that he is able to adequately present his claims, and they are not especially complex.

IT IS SO ORDERED.

DATED: JUN 1 4 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE J ROBERTSON,<br><br>   Plaintiff,<br><br>v.<br><br>W STRUFFERT et al,<br><br>   Defendant. | Case Number: CV12-04698 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne J. Robertson #C-24851
S.V.S.P.
P.O. Box 1050
Soledad, CA 93960

Dated: June 14, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk