**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

WAYNE J. ROBERTSON,                         No. 3:12-CV-04698 JSW  (NJV)

      Plaintiff,                            WRIT OF HABEAS CORPUS
                                            AD TESTIFICANDUM
   v.

SERGEANT W. STRUFFERT, et al,

      Defendants.
_____/

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of WAYNE J. ROBERTSON, inmate no. C-24851, presently in custody at SATF-CSP, CORCORAN, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 28, 2014                    _____
                                            NANDOR J. VADAS
                                            United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    WARDEN, SATF-CSP, CORCORAN

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of  WAYNE J. ROBERTSON, inmate no. C-24851, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 am. on April 11, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of  ROBERTSON V.

**United States District Court**
For the Northern District of California

1    STRUFFERT, et al, and at the termination of said hearing return him forthwith to said hereinabove-

2    mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made

3    concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until

4    the termination of the proceedings for which his testimony is required in this Court;

5          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6    for the Northern District of California.

7

8    Dated: February 28, 2014

9                                                    RICHARD WIEKING
                                                     CLERK, UNITED STATES DISTRICT COURT
10

11                                                   By: Linn Van Meter
                                                         Administrative Law Clerk
12

13

14

15   Dated: February 28, 2014          NANDOR J. VADAS
                                       United

16

17                                     

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

WAYNE J. ROBERTSON,

         Plaintiff,

    v.

SERGEANT W. STRUFFERT, et al.,

         Defendants.

_____/

No.  3:12-CV-04698 JSW  (NJV)

CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that on February 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Wayne J. Robertson
#C-24851
SATF-CSP, Corcoran
P.O. Box 7100
Corcoran, CA 93212-7100

Litigation Coordinator
SATF-CSP, Corcoran
PO Box 7100
Corcoran, CA  93212-7100

(by fax also)

/s/  Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas