IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. W. STRUFFERT, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 12-4698 JSW (PR)<br><br>**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT** |

　　　　Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. On December 19, 2013, the Court granted in part and denied in part Defendants' motion for summary judgment, and referred the case to Magistrate Judge Nandor Vadas for mediation. The case was stayed pending the outcome of the mediation proceedings. On April 25, 2014, Judge Vadas reported that mediation did not settle the case. Plaintiff has requested and is in need of counsel to assist him in this matter as it proceeds to trial, and good and just cause appearing,

　　　　IT IS ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

　　　　(1) The Clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant Court orders.

　　　　(2) Upon an attorney being located to represent Plaintiff, that attorney shall be

1 | appointed as counsel for Plaintiff in this matter until further order of the Court.

2 | (3) All proceedings in this action are STAYED until four weeks from the date an
3 | attorney is appointed to represent Plaintiff in this action.

4 | IT IS SO ORDERED.

5 |
6 | DATED: May 27, 2014

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

WAYNE J ROBERTSON,

        Plaintiff,

  v.

W STRUFFERT et al,

        Defendant.
                                /

Case Number: CV12-04698 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne J. Robertson C24851
CSATF/SP-Corcoran
P.O. Box 7100
Corcoran, CA 93212

Dated: May 27, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk