IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SGT. W. STRUFFERT, et al.,<br><br>  Defendants.<br>_____ | No. C 12-4698 JSW (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL**; **SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent Plaintiff having been located,

IT IS HEREBY ORDERED THAT: Lori Rifkin, Esq., Rifkin Law Office, P.O. Box 19169, Oakland, CA 94619 (lrifkin@rifkinlawoffice.com; 415-685-3591), is appointed as counsel for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **September 5, 2014 at 11:00 a.m.** in Courtroom No. 5, 2nd Floor, 1301 Clay Street, Oakland, California, for the purpose of setting trial and pretrial dates.

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **August 29, 2014.** The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ. L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements may also address all of the topics set forth in the Standing Order referenced above.

Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause.

In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website at http://www.cand.uscourts.gov.

All proceedings in this action are hereby stayed until 28 days from the date this order is filed.

1  The Clerk shall add Plaintiff's appointed counsel to the docket, and serve a copy of
2  this Order upon counsel for both parties.
3  IT IS SO ORDERED.

5  DATED: July 21, 2014

   JEFFREY S. WHITE
6  United States District Judge

|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | FOR THE |
| 3  | NORTHERN DISTRICT OF CALIFORNIA |

WAYNE J ROBERTSON,

        Plaintiff,

  v.

W STRUFFERT et al,

        Defendant.

    _____/

Case Number: CV12-04698 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lori Rifkin, Esq.
Rifkin Law Office
P. O. Box 19169
Oakland, CA 94619

Wayne J. Robertson C24851
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: July 21, 2014

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk