1    LORI RIFKIN – 244081
     RIFKIN LAW OFFICE
2    P.O Box 19169
     Oakland, California 94169
3    Telephone:   (415) 685-3591
     Facsimile:   (510) 255-6266
4    Email: lrifkin@rifkinlawoffice.com

5    Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11   Wayne Jerome Robertson              Case No. C 12-4698 JSW (PR)

12            Plaintiff,
                                         [PROPOSED] ORDER GRANTING
13        v.                             REQUEST TO RESCHEDULE CASE
                                         MANAGEMENT CONFERENCE
14   Sgt. W. Struffert, et al.,

15            Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

1       The parties, through their respective counsel, jointly stipulated and requested to

2  reschedule the Case Management Conference previously scheduled for September 5, 2014

3  at 11:00 a.m. to October 3, 2014 at 11:00 a.m.  The Court having considered the motion,

4  and good cause appearing, the parties' request is GRANTED.  The parties shall file a joint

5  case management statement no later than September 26, 2014.

7  DATED: ___August 14_____, 2014

_____
Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE