IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE J ROBERTSON, | |
|     Plaintiff, | No. C 12-04698 JSW |
| v. | |
| W STRUFFERT, et al., | **ORDER RE DISCOVERY MOTIONS** |
|     Defendants. | |

On January 23, 2015, Plaintiff filed two motions: (1) a Motion to Compel Production of Documents (ECF No. 72), and (2) a Motion for Extension of Time to Complete Discovery (ECF No. 73). As to the Motion to Compel, this issue is not properly before the Court. Pursuant to the Court's Civil Standing Orders, the parties must prepare a joint letter brief if they wish the Court to consider this issue. *See* Judge White's Civil Standing Orders ¶ 8. The Court therefore STRIKES this motion, without prejudice to the renewing of the issue by way of joint letter brief. With respect to the Motion for Extension of Time, Plaintiff represents that Defendants agree to the extension, but the Court cannot accept Plaintiff's unsupported assertion on this matter. If Defendants agree that an extension of time is warranted, the parties must file a stipulation and proposed order to that effect. Therefore, the Court DENIES the Motion for Extension of Time, without prejudice to a renewal should the parties file a stipulation on this matter.

**IT IS SO ORDERED.**

Dated: January 29, 2015

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE