UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WAYNE J. ROBERTSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SERGEANT W. STRUFFERT, et al,<br><br>        Defendants.<br>_____/ | No. 3:12-CV-04698 JSW (NJV)<br><br>ORDER RE SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

A settlement conference is scheduled in this case for 10:00 a.m. on April 17, 2015, in San Francisco. Plaintiff is represented by counsel, who will attend the settlement conference.

The court requests the assistance of High Dessert State Prison in furtherance of this settlement conference. The institution is asked to make Plaintiff WAYNE J. ROBERTSON, inmate no. C24851, available telephonically during the course of the settlement conference. The institution shall connect to the settlement conference by dialing 888-684-8852, entering access code 1868782, and waiting for further direction from the court.

IT IS SO ORDERED.

Dated: April 13, 2015

                                                           NANDOR J. VADAS<br>
                                                           United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WAYNE J. ROBERTSON, | No. 3:12-CV-4698 (NJV) |
|     Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SERGEANT W. STRUFFERT, et al., | |
|     Defendants. | |

I, the undersigned, hereby certify that on April 13, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
High Dessert State Prison
P.O. Box 750
Susanville, CA  96127-0750

(By email also.)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2