United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

WAYNE J. ROBERTSON,

          Plaintiff,

   v.

W. STRUFFERT, et al.,

          Defendants.

Case No.  12-cv-04698-JSW (NJV)

**ORDER RE FURTHER SETTLEMENT CONFERENCE**

On August 20, 2015, the court set a further settlement conference in this case for October 27, 2015, at 1:00 p.m.  (Doc. 96.)  Plaintiff's institution shall make Plaintiff available to his counsel by phone during that settlement conference.  Accordingly, Plaintiff's counsel shall contact Plaintiff's institution and make the necessary arrangements.

**IT IS SO ORDERED**.

Dated:  October 19, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge