UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE J. ROBERTSON,

    Plaintiff,

v.

W. STRUFFERT, et al.,

    Defendants.

Case No. 12-cv-04698-JSW

**ORDER RE PRO SE DOCUMENTS**

On November 9, 2015, the Clerk of the Court received documents that were mailed by Plaintiff and, apparently, intended for filing. However, because Plaintiff is represented by counsel in this matter, Plaintiff may not file documents *pro se*. Accordingly, the Clerk of the Court is hereby ORDERED to return all of the *pro se* documents to Plaintiff at the return address on the documents.

**IT IS SO ORDERED.**

Dated: November 12, 2015

JEFFREY S. WHITE
United States District Judge