1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYNE J. ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>W. STRUFFERT, et al.,<br><br>Defendants. | Case No. 12-cv-04698-JSW<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL SCHEDULE**<br><br>Re: Dkt. No. 103 |
|---|---|

The Court has received the parties' stipulated request to vacate the trial and pretrial schedule in this case. The request is DENIED. However, the Court GRANTS the parties' alternative request to continue the schedule for at least sixty days. The Court warns the parties that further requests for continuance shall be disfavored.

The Court hereby CONTINUES the pretrial conference to February 22, 2016 at 2:00 p.m.; jury selection to March 9, 2016 at 8:00 a.m., and trial to March 14, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
JEFFREY S. WHITE
United States District Judge