UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE J. ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>W. STRUFFERT, et al.,<br><br>  Defendants. | Case No. 12-cv-04698-JSW<br><br>**ORDER SCHEDULING STATUS CONFERENCE FOR THIS FRIDAY, JANUARY 15, 2016 AT 11:00 A.M.** |

On October 28, 2015, a minute entry for settlement conference proceedings in this matter indicated that the matter had settled. Then, on December 21, 2015, the following minute entry was filed:

> Minute Entry for proceedings held before Magistrate Judge Nandor J. Vadas: Status Conference held on 12/21/2015. Discussion was held regarding the issue of whether Plaintiff wants to continue to accept the terms of the settlement agreement. The Court advised the parties that the matter should be heard by Judge White. Parties agreed to either file a motion or make a joint submission to the District Court.

(Dkt. No. 105.)

Three weeks have passed since the parties agreed on the record to either file a motion or make a joint submission to this Court. Nothing has been filed. This case remains pending.

Jury trial is scheduled for March 14, 2016. The pretrial conference is scheduled for February 22, 2016. The Court reminds the parties once more that they must comply with this Court's standing orders, including the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White, or risk sanctions. The Court further reminds the parties that requests to continue this trial date shall be disfavored. (*See* Dkt. Nos. 102, 104.)

The Court HEREBY SCHEDULES a status conference for **this Friday, January 15, 2016 at 11:00 a.m.** in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland,

1    California.  The parties shall appear in person through lead counsel.

2        If the parties intend to file a motion or make a joint submission to this Court prior to the

3    status conference, they shall do so no later than **Wednesday, January 13, 2016**.

4        **IT IS SO ORDERED.**

5    Dated: January 11, 2016

*[signature]*
JEFFREY S. WHITE
United States District Judge