1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   **WAYNE JEROME ROBERTSON,**                Case No. C 12 4698

                                    Plaintiff,   **[PROPOSED] ORDER GRANTING**
13                                              **REQUEST TO CONTINUE CASE**
                                                **MANAGEMENT CONFERENCE ONE**
14          **v.**                              **WEEK** AS MODIFIED

15   **SGT. W. STRUFFERT, et al,**

16                                   Defendants.

17

18          Because of a conflict with defense counsel's schedule, Defendant requested a one-week

19   continuance of the case management conference, currently scheduled for January 15, 2016 at

20   11:00 a.m.

21          Based on good cause shown, the case management conference is continued one week to

22   January 22, 2016 at ~~11:00 a.m.~~  9:00 a.m.

23          IT IS SO ORDERED.

24

25

26   Dated:   January 14, 2016                    _____
                                                  The Honorable Jeffrey S. White
27

28

                                                1