| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | MARISA Y. KIRSCHENBAUER |
| | Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN |
| | Deputy Attorney General |
| 4 | State Bar No. 209542 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 703-5726 |
| 6 |   Fax:  (415) 703-5843 |
| |   E-mail:  Michael.Quinn@doj.ca.gov |
| 7 | *Attorneys for Defendant Struffert* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WAYNE JEROME ROBERTSON,** | C 12-4698 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **SGT. W. STRUFFERT, et al,** | |
| Defendants. | |

The settlement agreement in the above-referenced action was signed by the Plaintiff on January 21, 2016.  Accordingly, IT IS STIPULATED that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice.  In addition, the parties respectfully request that the case management conference currently scheduled for tomorrow, January 22, 2016 at 9:00 a.m., be taken off calendar.

Dated:  January 21, 2016       /s/ Lori Rifkin
                                         LORI RIFKIN
                                         Attorney for Plaintiff

Dated:  January 21, 2016       /s/ Michael J. Quinn
                                         MICHAEL J. QUINN
                                         Deputy Attorney General
                                         Attorney for Defendant Struffert

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 22, 2016                   ~~Dated:~~  /s/ Jeffrey S. White
                                                                 The Honorable Jeffery S. White
                                                                  United States District Court Judge

**Attestation Under N.D. Cal. Civil Local Rule 5-1(i)**

I, Michael J. Quinn, attest and declare as follows:

    Concurrence in the filing of this document has been obtained from all signatories, and shall serve in lieu of their signatures on the document.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on January 21, 2016 in San Francisco, California.

    /s/ Michael J. Quinn
    MICHAEL J. QUINN

SF2013205470
20808994.doc

1